Jennifer Hinds (Bar No. 301804)
Jennifer.hinds@huschblackwell.com
HUSCH BLACKWELL LLP
300 South Grand, Suite 1500
Los Angeles, CA 90071
(213) 337-6550 – Telephone
(213) 337-6551 – Facsimile

Andrew J. Weissler [*Pro Hac Vice*]
AJ.Weissler@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 – Telephone
(314) 480-1505 – Facsimile

Attorneys for Defendants
Honeywell International, Inc.
and Intelligrated Services, LLC
[*additional counsel on following page*]

# UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| GARY OGAZ, individually, and on behalf of other members of the general public similarly situated,<br>          Plaintiff,<br>     v.<br>HONEYWELL INTERNATIONAL, INC., a California corporation; INTELLIGRATED SERVICES, LLC DBA 415 INTELLIGRATED SERVICES, LLC, an unknown business entity; and DOES 1 through 100, inclusive,<br>          Defendants. | Case No. 5:21-cv-00739 -JFW-KK<br><br>**CLASS ACTION**<br><br>[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>[DISCOVERY MATTER]<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 3 (Riverside Courtroom)<br>Magistrate Judge: Kenly Kiya Kato<br>Complaint Filed: December 16, 2020<br>Discovery Cutoff: March 1, 2022 |

PROOF OF SERVICE

HB: 4833-9093-9640.1

1  Edwin Aiwazian (Bar No. 232943)
   edwin@calljustice.com
2  Arby Aiwazian (Bar No. 269827)
3  arby@calljustice.com
   Daniel J. Kramer (Bar No. 314625)
4  daniel@calljustice.com
5  LAWYERS *for* JUSTICE, PC
   410 West Arden Avenue, Suite 203
6  Glendale, California 91203
7  Telephone:  (818) 265-1020
   Facsimile:   (818) 265-1021
8
9  *Attorneys for Plaintiff*
   GARY OGAZ
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HUSCH BLACKWELL LLP
300 SOUTH GRAND, SUITE 1500, LOS ANGELES, CA 90071
(213) 337-6550

1   Having considered the Parties' Stipulated Protective Order and good cause
2   shown, IT IS HEREBY ORDERED THAT the Stipulated Protective Order is
3   GRANTED.

5   Dated: <u>August 27, 2021</u>

_____
HONORABLE KENLY KIYA KATO
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

At the time of service, I, Julie Dekhtyar, am over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 300 S. Grand Ave., Suite 1500, Los Angeles, CA 90071.

That the necessity resulting from Executive Order N-33-20 (also referred to as the "Stay-at-Home Order") issued on March 19, 2020, by the Governor of the State of California in response to the Covid-19 virus which has presented a national emergency as declared by the President of the United States, has resulted in this office's use of electronic service as this office's principal means of service, in lieu of service by mail.

On August 26, 2021, I served a true copy of the following document(s) described as:

**[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER**

on the party or parties named on the attached mailing list to be served, by dispatching a true and correct copy thereof via electronic mail (e-mail) addressed as follows:

LAWYERS for JUSTICE, PC
Edwin Aiwazian
edwin@calljustice.com
410 West Arden Avenue, Suite 203
Glendale, California 91203
Telephone: 818.265.1020
Facsimile: 818.265.1021
*Attorney for Plaintiff*

**[X] CM/ECF SYSTEM.** The undersigned hereby certifies that the foregoing was filed with the Court via the Court's CM/ECF System and thus served upon all parties of record this 26th day of August, 2021.

I declare under penalty of perjury under the laws of the State of California that the foregoing Proof of Service is true and correct and that this declaration was executed on August 26, 2021, at Los Angeles, California.

Dated: August 26, 2021.

By: */s/ Julie Dekhtyar*
Julie Dekhtyar